1 Name: Dolores Kelly
2 Address: 538 Alene St
3 Telephone Phone: 619 248-7530
4 Email: d.kelly26@yahoo.com

**FILED**
Apr 06 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ dmartinez   DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Dolores Kelly,
                    Plaintiff(s),
v.

Jamie Dimon,
                    Defendant(s).

Case No.: **'23CV0622 RSH DDL**
(assigned at time of filing)

**COMPLAINT**

**I.   RELATED CASES**

a. Do you have other Civil Case(s) in this or any other federal court?

☒ Yes     ☐ No

b. If yes, please list the case numbers here:

**II.   STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

fraud personal business accounts for 20 years. Jamie Dimon refused to cooperate after multiple DC court hearings. Doesn't have money to return the business money? Goes back and fraud, close the accounts. Even open accounts illegally and frauds in account. I'm made the assumption he does not have an FDIC account and 7 bankruptcy and nobody did repocessions of the bank or check his licence. I went to check the IRS and registered the bank

Jp Morgan chase   92-1222933
Jp Morgan         92-1107715
Chase bank        88-4289541

I'm assuming the government has no licence and using the banks for corruption
I need legal repocession of the bank

**III.   RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Jamie Dimon is a hacker

Doesnt have a licence

Doesnt have a FDIC account to secure the bank

Not qualified to run a bank

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes     ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

_4-4-23_
Date

_Dolores Kelly_
Signature

_Dolores Kelly_
Printed Name